**SO ORDERED.**
SIGNED this 26th day of August, 2015

_/s/ Shelley D. Rucker_
Shelley D. Rucker
**UNITED STATES BANKRUPTCY JUDGE**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____

**UNITED STATES BANKRUPCTY COURT
EASTERN DISTRICT
SOUTHERN DIVISION**

IN RE:                                                                                      CHAPTER NO:   1:11-bk-17132-SDR
**Matthew Lenois Russell
Jessica Marie Russell**
                                                                                                    **Chapter 13**
     Debtor

## ORDER

Upon the Motion to Dismiss as to Matthew Lenois Russell, only filed by the debtor, pursuant to 11 U.S.C. § 1307(b), it is ORDERED that this case is dismissed as to him, only.

It is further ORDERED that the Order to Employer is vacated, and the employer of the debtor, United Parcel Service, shall case withholding income for payment to the trustee in this case.

###

Approved by:

/s/ Eron H. Epstein
Eron H. Epstein, 00007
713 Cherry Street
Chattanooga, TN  37402
(423) 267-1512
ecf@moneyproblems.com